FILED

08/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0368

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0368

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

THOMAS WILLIAM SIGEA,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 2, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 25 2020